In re:                                                            Case No. 17-00077-JJT
Patrick Connell                                                   Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: karendavi        Page 1 of 1        Date Rcvd: Mar 29, 2017
                           Form ID: ntcnfhrg        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Patrick Connell,    115 Lenape Trail,    Long Pond, PA 18334-7799
4882745        +Bushkill Group,    PO Box 447,    Bushkill, PA 18324-0447
4872329        +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4872330        +First Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4872332         Paul Michael Marketing,    156-16 Union Turnpike,    Fresh Meadows, NY 11366
4872333         Resorts USA,    RR 209,    Bushkill, PA 18324
4872334        +Roundpoint Mortgage Servicing,    PO Box 19409,    Charlotte, NC 28219-9409
4872335        +Rushmore Loan Management,    15480 Laguna Canyon Road,    Suite 100,    Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4872331        +E-mail/Text: cio.bncmail@irs.gov Mar 29 2017 19:12:38     Internal Revenue Service,
                600 Larch Street,    Philadelphia, PA 19106-1695
4879181         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2017 19:12:48
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                 TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
             capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
            Randall W. Turano    on behalf of Debtor Patrick  Connell rwtura@netscape.net
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Patrick Connell
Debtor(s)

Chapter          13

Case No.         5:17−bk−00077−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 28, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 9, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 29, 2017 |