```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00077-JJT
Patrick Connell                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: JGoodling          Page 1 of 1            Date Rcvd: Jul 12, 2017
                             Form ID: orcnfpln        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
```
db            +Patrick Connell,    115 Lenape Trail,    Long Pond, PA 18334-7799
4882745       +Bushkill Group,    PO Box 447,    Bushkill, PA 18324-0447
4872329       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4872330       +First Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4872332        Paul Michael Marketing,    156-16 Union Turnpike,    Fresh Meadows, NY 11366
4872333        Resorts USA,    RR 209,   Bushkill, PA 18324
4872334       +Roundpoint Mortgage Servicing,    PO Box 19409,    Charlotte, NC 28219-9409
4872335       +Rushmore Loan Management,    15480 Laguna Canyon Road,    Suite 100,    Irvine, CA 92618-2132
4920530       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4908057        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2017 19:18:20
                American InfoSource LP as agent for,   Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
4872331       +E-mail/Text: cio.bncmail@irs.gov Jul 12 2017 19:11:58      Internal Revenue Service,
                600 Larch Street,    Philadelphia, PA 19106-1695
4920556        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 19:18:38
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4879181        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2017 19:12:08
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
4916031       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 12 2017 19:12:20      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Randall W. Turano    on behalf of Debtor Patrick  Connell rwtura@netscape.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Patrick Connell | Chapter | 13 |
| Debtor(s) | Case No. | 5:17−bk−00077−JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 2, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: July 12, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk