# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                Case No. 5-17-00077-JJT

Patrick Connell,                   Chapter 13
       Debtor(s)

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF U.S. BANK NATIONAL ASSOCIATION

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied as a conclusion. Strict proof demanded.

5. Denied as a conclusion. Strict proof demanded.

6. Admitted.

7. Admitted.

8. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

9. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

10. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

Wherefore, it is requested the Motion be Denied.

/s/ Randall W. Turano
Randall W. Turano, Esquire
Attorney for Debtor(s)